UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JENNY HWANG, individually and on behalf of all others similarly situated,

                            Plaintiffs,

    -against-

GRINGER & SONS, LLC.

                            Defendant.
-------------------------------------------------------------X

Case No. 1:23-cv-2660

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: March 7, 2024

New York, New York

| Mars Khaimov Law, PLLC | Law Offices of Bruce A. Feldman |
|---|---|
| By:   /s/ *Mars Khaimov* | By:   /s/ *Bruce Feldman* |
| Mars Khaimov, Esq.<br>100 Duffy Avenue, Suite 510<br>Hicksville, New York 11801<br>Tel.: 929.324.0717 (direct)<br>mars@khaimovlaw.com<br>*Attorneys for Plaintiff* | Bruce Feldman, Esq.<br>305 Broadway, 7th Floor,<br>New York, New York 10007<br>(212) 897-5808<br>brucef@baflaw.com<br>*Attorneys for Defendant* |

SO ORDERED: _____
U.S.D.J