UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JENNY HWANG, individually and on behalf of all others similarly situated,

                                           Plaintiffs,

    -against-

GRINGER & SONS, LLC.

                                           Defendant.
-------------------------------------------------------------X

ENDORSED ORDER
Case No. 1:23-cv-2660

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: March 7, 2024

New York, New York

| Mars Khaimov Law, PLLC | Law Offices of Bruce A. Feldman |
|---|---|
| By: __/s/ *Mars Khaimov*__ | By: __/s/ *Bruce Feldman*__ |
| Mars Khaimov, Esq.<br>100 Duffy Avenue, Suite 510<br>Hicksville, New York 11801<br>Tel.: 929.324.0717 (direct)<br>mars@khaimovlaw.com<br>*Attorneys for Plaintiff* | Bruce Feldman, Esq.<br>305 Broadway, 7th Floor,<br>New York, New York 10007<br>(212) 897-5808<br>brucef@baflaw.com<br>*Attorneys for Defendant* |

Date 3/12/2024
SO ORDERED:  /s/ Ramón E. Reyes, Jr.
U.S.D.J        U.S. District Judge, E.D.N.Y.

The Clerk of the Court is directed to close the case.

4895-5040-3388.1